# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 1:20-cr-00054-SRC |
| ) | |
| ALFRED DAVID BUFORD, III, ) | |
| ) | |
| Defendant(s). ) | |

## Order

This matter is before the Court on Defendant Alfred David Buford, III's Motion to Suppress Physical Evidence [Doc. 28]. Pursuant to 28 U.S.C. § 636(b), the Court referred the Motion to United States Magistrate Judge Shirley Padmore Mensah. Judge Mensah held an evidentiary hearing on June 24, 2020. Doc. 37. In July 2020, both parties submitted post-hearing briefs. *Id.* On August 19, 2020, Judge Mensah issued a Report and Recommendation recommending that the Court deny Buford's Motion. Doc. 49. Buford has not filed objections to the Report and Recommendation, and the time to do so has passed. After careful consideration, and in light of Buford's failure to file objections, the Court adopts and sustains the thorough reasoning set forth in support of Judge Mensah's Report and Recommendation.

Accordingly,

The Court sustains, adopts, and incorporates Judge Mensah's Report and Recommendation [Doc. 49], denies Defendant Alfred David Buford, III's Motion to Suppress Physical Evidence [Doc. 28], and sets a jury trial on Monday, October 19, 2020 at 9:00 a.m. in Courtroom 4A.

So Ordered this 9th day of September.

*SL R. CR*

**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**